IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                    Plaintiff,          )<br>                                          )<br>         vs.                              )<br>                                          )<br>YOLANDA M. JEFFERSON,                     )<br>                    Defendant.            ) | 8:07CR370<br><br>ORDER |

Defendant Yolanda M. Jefferson (Jefferson) appeared before the court on August 26, 2015, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 41). Jefferson was represented by Assistant Federal Public Defender Julie B. Hansen and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. Through her counsel, Jefferson waived her right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and Jefferson should be held to answer for a final dispositional hearing before Senior Judge Lyle E. Strom.

The government moved for detention. At the time of the hearing, Jefferson was in the custody of Nebraska state authorities. The motion was held in abeyance pending Jefferson coming into federal custody. Jefferson waived her rights under the Interstate Agreement on Detainers and agreed to be returned to the Nebraska state authorities pending her dispositional hearing in these proceedings.

**IT IS ORDERED**:

A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:00 a.m. on October 22, 2015.** Defendant must be present in person.

DATED this 26th day of August, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge