IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:07CR370 |
| | ) | |
| v. | ) | |
| | ) | |
| YOLANDA JEFFERSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On April 5, 2016, the defendant appeared with counsel on a petition for warrant or summons for offender under supervision (Filing No. 41). Defendant was present and represented by Julie B. Hansen, Assistant Federal Public Defender. Plaintiff was represented by Douglas J. Amen, Assistant United States Attorney.

Defendant admitted Allegation No. 2 contained in the petition. Plaintiff moved to dismiss Allegation Nos. 1 and 3-6. The Court found defendant to be in violation of the conditions of her supervised release and proceeded to final disposition.

IT IS ORDERED:

1) Defendant's supervised release is hereby revoked and defendant is sentenced to the custody of the Bureau of Prisons for a term of 12 months and 1 day. Said sentence shall run concurrently with the sentence imposed by the Lancaster County District Court in Case No. 02CR1016.

2) Allegation Nos. 1 and 3-6 are dismissed.

3) Upon completion of defendant's incarceration, she will not be placed on supervised release. Any obligation she owes with respect to this case will be concluded.

DATED this 5th day of April, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

					_____
					Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

					UNITED STATES WARDEN

					By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

					UNITED STATES WARDEN

					By: _____